NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHERYL D. YOUNG,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2023-1633

---

Petition for review of the Merit Systems Protection Board in No. AT-844E-21-0331-I-1.

---

**O R D E R**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                    YOUNG V. OPM

accordance with the rules.

                                    FOR THE COURT

May 3, 2023
    Date                            /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** May 3, 2023